UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CASSADY WARD, | § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-00745-SDJ-AGD |
| CITY OF ALLEN, ET AL., | § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 13, 2023, the Magistrate Judge entered a Report, (Dkt. #45), recommending that Defendant City of Allen's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Dkt. #14), should be granted, and Plaintiff's claims against Defendant City of Allen should be dismissed with prejudice.

Having received the Report of the Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil

- 2 -

Procedure, (Dkt. #14), is **GRANTED**. It is further **ORDERED** that Plaintiff's claims against Defendant City of Allen are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 16th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE